THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIO CERZA, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal

from order of Cayuga Special Term dismissing a writ of habeas corpus.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.